# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142315

DONALD BEEBE and EVA BEEBE,
      Plaintiffs-Appellees,

v

RICHARD J. HARTMAN, JR., D.O., and
COMMUNITY HEALTH CENTER OF
BRANCH COUNTY,
      Defendants,

and

CHRISTINA SHEELY, D.O., and THE
FAMILY PRACTICE & ORTHOPEDIC
CARE CENTER, P.L.L.C.,
      Defendants-Appellants.
_____/

SC: 142315
COA: 292194
Branch CC: 07-020084-NH

On order of the Court, the application for leave to appeal the November 9, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE Part III B of the Court of Appeals' analysis, for the reasons stated in the Court of Appeals' concurring opinion. In all other respects, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court, prior to the completion of the proceedings ordered by the Court of Appeals.

HATHAWAY, J., would deny leave to appeal without further action.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2011

_____
Clerk

h0615